IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 4:01cr46-SPM

CHRISTOPHER PATRICK GILYARD,

    Defendant.
_____/

## NOTICE OF INTENT TO REDUCE SENTENCE

This cause is before the Court upon Defendant's Petition for Reduction of Term of Imprisonment (doc. 77). Review of the record in this case reveals that the defendant, Christopher Gilyard, may be entitled to a sentence reduction based on a guideline amendment that lowers the guideline sentencing range for certain categories of offenses involving crack cocaine. U.S.S.G. Amend. 750. Amendment 750 was made retroactive, effective November 1, 2011.

Gilyard was sentenced in 2002. His guideline range at that time was 360 months to life imprisonment. Gilyard was sentenced to 360 months, the bottom of the guideline range.

Based on Amendment 750, Gilyard's guideline range would be reduced to 292 to 365 months. A sentence and the bottom of this new guideline range is 292 months.

As authorized under 18 U.S.C. § 3582(c)(2), the Court intends to enter an order reducing Gilyard's sentence to 292 months. Should there be objections to this proposed action by the Court, those objections must be filed by **November 21, 2011**. Copies of any such objections shall be served on all other interested parties, i.e., the Defendant, retained defense counsel if any, the United States Public Defender, the United States Attorney, and the Bureau of Prisons, as appropriate.

The Clerk shall send a copy of this notice to the Defendant, retained defense counsel if any, the United States Public Defender, the United States Attorney, and the Bureau of Prisons.

SO ORDERED this 7th day of November, 2011.

> *S/ Stephan P. Mickle*
> Stephan P. Mickle
> Senior United States District Judge